# EXHIBIT 12



# CHRISTIE'S

## Fair Market Value for Loan Collateral

Property Belonging to

Mr Frank Pearl

## Old Master Drawings

1.
**MAURO GANDOLFI**

*Judith with the Head of Holofernes, after Cristofano Allori*
signed 'M:o Gandolfi fecit' and inscribed 'Cris:o Allori pinx'
black lead and watercolor on vellum
16 1/2 x 12 3/4 in.

$50,000

LITERATURE:
P. Bagni, "*I Gandolfi. affreschi, dipinti, bozzetti, disegni*", 1992, p. 498, no. 469

(Foyer)



18 March 2010

- 1

New York/36963/041575

**REDACTED**            CHRISTIE'S

Prints and Multiples

2.
**ALBRECHT DURER (1471-1528)**

*Saint Eustace (B. 57; m., Holl. 60)*
engraving, 1501, a very good Meder c (of k), printing
clearly with good contrasts, thread margin on each side
S. 14 1/8 x 10 1/4 in.

$60,000

(Dining Room)



18 March 2010                                              New York/36963/041575

—2

REDACTED                    CHRISTIE'S

## Antiquities



3.
**A SET OF FOUR EGYPTIAN LIMESTONE LIDDED CANOPIC JARS WITH HEADS OF MAN, APE, JACKAL AND FALCON**
26TH-30TH DYNASTY, 664-525 B.C.
Modeled as the four sons of Horus, falcon-headed has chip to the beak
12 3/4 to 14 3/4 in. high

(4)

$80,000

PROVENANCE:
Jo Lippolaa Collection, Bergan, Netherlands.
Private Collection, New York and Virginia.
with Royal-Athena Galleries, New York, 1988.

REDACTED

# CHRISTIE'S

## Antiquities

4.
**AN ATTIC BLACK-FIGURED WHITE-GROUND LEKYTHOS**
BY THE HERON PAINTER, CIRCA 500 B.C.
A musician playing Pan pipes, a bearded man holding a bowl and a stick, a dog at his feet; with a kalos inscription in the field
12 1/8 in. high

$80,000

PROVENANCE:
with Royal-Athena Galleries, New York, 1988.





# CHRISTIE'S

## Antiquities

[REDACTED]

**5.**

**AN ATTIC BLACK-FIGURED COLUMN KRATER**
CIRCA LATE 6TH CENTURY B.C.
One side with a frontal quadriga, the other side with two hoplites in combat flanked by two draped men
11 in. high

$60,000

PROVENANCE:
with Charles Ede, London, 1989.



**6.**

**AN ATTIC BLACK-FIGURED AMPHORA**
CIRCA 6TH CENTURY B.C.
With Athena, a warrior, and a falling youth on one side, battling hoplites above a fallen warrior flanked by goddesses on the reverse, perhaps Achilles and Memnon over the fallen Antilochos, with Thetis and Eos looking on, repaired

$80,000

PROVENANCE:
with Charles Ede, London.



# REDACTED   CHRISTIE'S

## Antiquities



**7.**

**AN ETRUSCAN BLACK-FIGURED AMPHORA**
CIRCA 530–550 B.C.
One side with Hephaistos on a donkey led by Dionysus, a satyr with pipes attending, the other side with Dionysus and two satyrs, probably La Tolfa group, some misfiring
14 1/8 in. high

$60,000

PROVENANCE:
with Royal-Athena Galleries, New York, 1989.



REDACTED

## CHRISTIE'S

## Furniture and Decorative Objects



**8.**
**A PAIR OF ENGLISH CARVED MAHOGANY BOOKCASES**
IN THE GEORGE II STYLE, ONE PROBABLY 19TH CENTURY, THE OTHER A MODERN COPY
Each pediment carved with dentiled molding above a scrollwork cartouche incorporating a pointed foliate medallion and supporting berried floral garlands flanked by acanthus scrollwork and flowerheads, above a dentiled lower edge and a fluted frieze, the front enclosed by a glazed door with outset corners and bead-and-reel and egg-and-dart moldings, opening to adjustable shelves, surrounded by ribbon-bound floral garlands continuing to lateral pendants and flanked at either side by fluted angular pilasters with Corinthian carved capitals on elongated molded bases, on a double plinth
10 ft. high, approximately, 70 1/4 in wide; 27 in. deep
(2)



$60,000

PROVENANCE:
with Carlton Hobbs, London.

**REDACTED**

# CHRISTIE'S

## Furniture and Decorative Objects

9.
**A SET OF TWELVE GEORGE I STYLE GILT-METAL AND EGLOMISE-MOUNTED CARVED WALNUT DINING CHAIRS PROBABLY BY WHITE AND ALLOM, EARLY 20TH CENTURY**
After the model commissioned by the Earl of Scarsdale, comprising two armchairs and ten side chairs, each with openwork splat centered by an eglomisé cartouche with the Scarsdale coat-of-arms within a gilt-lead petal-tip surround, the balloon-shaped drop-in seat on molded rails, on round tapered legs fitted at the knees with cherub-head and pendant acanthus mounts and ending in hoof feet
(12)



$60,000

PROVENANCE:
with Carlton Hobbs, London.

**REDACTED**  CHRISTIE'S

## Furniture and Decorative Objects

10.
**DIEGO GIACOMETTI (1902-1985)**

*Table berceau (deuxieme version)*
stamped 'Diego'
bronze with brown and green patina
Approximately: 15 x 45 5/8 x 18 1/2 in.
Conceived circa 1970

$80,000
(Assumes provenance is sufficient to confirm attribution)



**REDACTED**

# CHRISTIE'S

## Furniture and Decorative Objects



11.

**A GEORGE I WALNUT SECRETAIRE BOOKCASE**
CIRCA 1720
The flat-top molded cornice above a single door fitted with a beveled glass mirror and re-entrant corners and flanked by fluted pilasters surmounted by double-tiered foliate-carved capitals enclosing an interior elaborately fitted with convex central section with a pair of doors above two drawers flanked by drawers and folio compartments, and containing a pull-out slide; the base with a fall-front opening to an arrangement of pigeonholes and drawers, above three long cockbeaded drawers inlaid with crossbanding and feather stringing and fitted with brass drop handles, on bracket feet, the sides of the upper and lower sections fitted with brass drop carrying handles
84 in. high; 36 1/2 in. wide

$75,000

PROVENANCE:
with Gerald Speyer, London



TOTAL $745,000

# CHRISTIE'S

## Summary

| | |
|---|---|
| Old Master Drawings | $50,000 |
| Prints and Multiples | $60,000 |
| Antiquities | $360,000 |
| Furniture and Decorative Objects | $275,000 |
| **TOTAL** | **$745,000** |

In making this valuation we have relied on the following definition of fair market value. It is the price at which the property would change hands between a willing buyer and a willing seller, neither being under any compulsion to buy or sell and both having reasonable knowledge of relevant facts. The method of valuation used to determine the fair market value is the market data approach.

# CHRISTIE'S

## Artist Index

|  | Page |
|---|---|
| **D** | |
| Durer, Albrecht | 2 |
| | |
| **G** | |
| Gandolfi, Mauro | 1 |
| Giacometti, Diego | 9 |

**REDACTED**   CHRISTIE'S

# Contents

| | Page |
|---|---|
| Old Master Drawings | 1 |
| [REDACTED] | 1 |
| Prints and Multiples | 2 |
| [REDACTED] | 2 |
| Antiquities | 3 |
| [REDACTED] | 3 |
| [REDACTED] | *3* |
| [REDACTED] | *4* |
| [REDACTED] | *5* |
| Furniture and Decorative Objects | 7 |
| [REDACTED] | 7 |
| [REDACTED] | *7* |
| [REDACTED] | *8* |
| [REDACTED] | 9 |
| [REDACTED] | 10 |
| [REDACTED] | *10* |

New York/36963/041575